**KRASNER & RESTREPO**
**239 South Camac Street**
**Philadelphia, PA 19107**
**(215)731-9500**
**Fax: (215)731-9908**

FILED
SCRANTON
MAY 19 2006

PER _____ DEPUTY CLERK

May 18, 2006

Judge Edwin M. Kosik
P.O. Box 856
Scranton, PA 18501
Fax: (570) 207-5739

CR 04-373

Re: <u>United States v. David Rhodes,</u>

Your Honor:

    As the Court is aware, I entered my appearance in the above-captioned matter months ago after being retained by Mr. Rhodes's family to replace the public defender's office. Kelton T. Brown, Esq., entered his appearance in the above-captioned matter a few weeks ago. At that time, Mr. Brown and I intended to try Mr. Rhodes' case together.

    I was informed yesterday by Mr. Brown that Mr. Rhodes's family is no longer retaining me in this matter and that Mr. Rhodes intends to proceed with other counsel and Mr. Brown representing Mr. Rhodes.

    While I have suspected for several days that my involvement in this matter was in question, I found out only yesterday. Apparently Mr. Brown was understandably occupied with a funeral for a few days and Mr. Rhodes's family preferred for him to explain the situation to me. Because trial is listed on the 30th, I write immediately in the event this change of counsel may affect the Court's schedule in some way.

    I spoke to AUSA Hinkley yesterday and left him a message earlier today advising him of my status so that his office and witnesses would not be inconvenienced in any way. I have left telephone messages for Mr. Brown today with an eye toward insuring he has all file materials among other matters and look forward to hearing from him. but thought it important to notify the Court of my status immediately.

Respectfully,

Lawrence S. Krasner, Esq.

cc: Kelton Brown, Esq.
305 Technical Court
Garner, NC 27529
      Fax number unavailable