# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA ,** | **:** | |
| | **:** | |
| **vs.** | **:** | **3:CR-04-373** |
| | **:** | |
| **DAVID M. RHODES,** | **:** | **JUDGE KOSIK** |
| | **:** | |
| Defendant. | **:** | **ELECTRONICALLY FILED** |

## REQUEST OF THE ACCUSED
## PURSUANT TO FRE 404(b)

Defendant, David M. Rhodes, by his attorney, Patrick A. Casey,

Esquire of Myers, Brier and Kelly, LLP, requests of the prosecution reasonable

notice in advance of trial the general nature of any evidence of "other crimes,

wrongs or acts" pursuant to FRE 404(b) that the prosecution intends to attempt to

introduce into evidence.

Authority:

United States v. Himelwright, 42 F.3d 777, 783 (3d Cir. 1994).

Respectfully submitted,

/s/ Patrick A. Casey
Patrick A. Casey, Esquire
Pa. I.D. #50626
pcasey@mbklaw.com

Myers, Brier & Kelly, LLP
425 Spruce St., Suite 200
Scranton, PA  18503
Phone:  (570) 342-6100
Fax:     (570) 342-6147

Attorney for David M. Rhodes

Date: July 21, 2006

## CERTIFICATE OF SERVICE

I, Patrick A. Casey, Esquire, do hereby certify that I served a copy of the foregoing **Brief in Support of Rhodes' 404(b) Motion to Exclude Evidence** as follows:

ELECTRONIC MAIL

Todd K. Hinkley, Esquire
Assistant United States Attorney
235 North Washington Avenue
Scranton, PA 18503

FIRST-CLASS MAIL

David M. Rhodes
Lackawanna County Prison
1371 N. Washington Avenue
Scranton, PA 18509

/s/Patrick A. Casey
Patrick A. Casey, Esquire

Date: July 21, 2006