**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | |
| | **:** | |
| **v.** | **:** | **No. 3:CR-04-373** |
| | **:** | **JUDGE KOSIK** |
| **DAVID M. RHODES,** | **:** | |
| | **:** | **ELECTRONICALLY** |
| **Defendant.** | **:** | **FILED** |

_____

**ORDER**

_____

AND NOW, this _____ day of _____, 2006, upon consideration of Defendant David M. Rhodes's Motion in Limine Pursuant to F.R.E. 401, 402, 403, 404(b) and 501, and any response thereto, it is hereby ORDERED that Defendant's motion is GRANTED.  It is further ORDERED that all evidence of the following shall be excluded at trial:

(a)  all evidence of events other than those occurring on July 26, 2004 and October 27, 2004;

(b)  Defendant's employment history, including past threats;

(c) all knives, including drawings and testimony of drawings of knives;

(d) all guns;

(e) testimony of the Defendant's arrest and the proffered "struggle";
and

(f) all references to any psychological and psychiatric counseling or
other medical treatment of the Defendant.

 

_____

Judge Kosik